UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD R. DIXON,　　　　　　　　　　　No. 07-10534

　　　　　Plaintiff,　　　　　　　　　　District Judge Arthur J. Tarnow

v.　　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

THE GAGE CORPORATION OF
DELAWARE,

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　/

**ORDER GRANTING IN PART AND DENYING IN PART
MOTION TO AMEND COMPLAINT**

For the reasons stated on the record on November 20, 2007, Plaintiff's Motion to Amend Complaint [Docket #10] is GRANTED IN PART AND DENIED IN PART, as follows:

As to Count II of the proposed First Amended Complaint (Breach of Contract–Wrongful Discharge), the motion is GRANTED.[1]

As to Count III (Stock Redemption Agreement), the motion is DENIED.

As to Count IV (Michigan Business Corporation Act), the motion is GRANTED.

As to Count V (Violation of Shareholder's Rights), the motion is GRANTED except

---

[1] Count I of the first amended complaint is the same breach of contract claim raised in the original complaint.

-1-

as to the allegations in ¶ 43(b), and as to that paragraph, DENIED.

As to Count VI (Unjust Enrichment), the motion is DENIED.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: November 20, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on November 20, 2007.

S/Gina Wilson
Judicial Assistant